## PORTER-WADLEY LUMBER COMPANY et al., Appellants v. James T. PRUITT, Appellee.

### No. 9301.

Circuit Court of Appeals, Fifth Circuit.

April 1, 1940.

Rehearing Denied June 13, 1940.

John B. Files and J. H. Jackson, both of Shreveport, La., for appellants.

A. S. Drew, of Minden, La., for appellee.

Before FOSTER, HOLMES, and McCORD, Circuit Judges.

HOLMES, Circuit Judge.

For the reasons assigned in the companion case of Porter-Wadley Lumber Company et al. v. C. Orbin Bailey, 110 F.2d 974, decided this day, and on the authority of Munn v. Wadley, 192 La. 874, 189 So. 561, the judgment appealed from, 28 F.Supp. 31, is affirmed.